Form for Chapter 7 Indv Case

## EXHIBIT A TO FORM 2016

Total Funds Paid to CLG:              $440.00

The above includes the following      $306.00        BK Court Filing Fee
                                      $33.00         Credit Report
                                      $80.00         Credit Counseling & Debtor
                                                     Education Fee
                                      $21.00         Homestead Deed Filing (Court Cost)
                                      $0.00          Attorneys' Fees

S:\BARF\AFE.7.INDV.doc

Last updated: May 27, 2011